**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FREDDIE FERNANDO WORTHAM, | ) | NO. ED CV 10-0767 UA (FMO) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| STATE OF CALIFORNIA, <u>et al.</u>, | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the Request to Proceed Without Prepayment of Filing Fees is denied.

DATED: December 8, 2011.

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE